UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| LARRY REED NEWCOMB,<br>    Plaintiff,<br><br>V.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | CIVIL ACTION NO. 7:16-67-KKC<br><br>**JUDGMENT** |

*** *** ***

The Court having affirmed the decision of the Commissioner hereby ORDERS and ADJUDGES as follows:

1) judgment is entered in favor of the defendant;

2) this matter is DISMISSED and STRICKEN from the Court's active docket; and

3) this judgment is FINAL and APPEALABLE.

Dated September 29, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY